**IN THE SUPREME COURT OF TENNESSEE**

**AT JACKSON**

**FOR PUBLICATION**

**Filed:** September 21, 1998

FILED

September 21, 1998

Cecil Crowson, Jr.
Appellate Court Clerk

|  |  |  |
|---|---|---|
| FRANCES BLANCHARD, | ) | |
| | ) | |
| PLAINTIFF/APPELLANT, | ) | |
| | ) | |
| v. | ) | No. 02S01-9709-CV-00083 |
| | ) | |
| ARLENE KELLUM, D.D.S., | ) | |
| | ) | |
| DEFENDANT/APPELLEE. | ) | |

## ORDER DENYING PETITION FOR REHEARING

Arlene Kellum, D.D.S., Defendant/Appellee, has filed a petition to rehear this cause pursuant to Tenn. R. App. R. 39 contending that our opinion conflicts with a principle of law and overlooks a proposition of law.

After due consideration, we conclude that the petition for rehearing should be and the same is hereby denied at the cost of Defendant/Appellee.

PER CURIAM